

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:20-cr-110 |
| v. ) | |
| ARUN KAPOOR ) | Judge: Greer/Wyrick |

### INFORMATION

The United States Attorney for the Eastern District of Tennessee charges:

### COUNT ONE
### (Introduction of Misbranded Drugs into Interstate Commerce with the Intent to Defraud and Mislead, 21 U.S.C. §§ 331(a), 352(a)(1), 333(a)(2))

On or about September 19, 2017, in the Eastern District of Tennessee and elsewhere, the defendant ARUN KAPOOR, with the intent to defraud and mislead, introduced, delivered, and caused to be introduced and delivered, into interstate commerce from Florida to patient B.N. in the Eastern District of Tennessee, Cifrazol 3,775-1mg cap (69336-0310-30), a drug that was misbranded in that its labeling was false and misleading in any particular, all in violation of 21 U.S.C. §§ 331(a), 352(a)(1), and 333(a)(2).

\* \* \* \* \*

1

Approved:

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: *[signature]*
Timothy C. Harker
Assistant United States Attorney

By: *[signature]*
Mac D. Heavener, III
Assistant United States Attorney

By: *[signature]*
David L. Gunn
Trial Attorney
US Department of Justice
Consumer Protection Branch

2